**UNITED STATES DISTRICT COURT**
**FOR THE**
**WESTERN DISTRICT OF ARKANSAS**
*Fayetteville Division*

| | | |
|---|---|---|
| MIRHOSSEIN MOUSAVI KARIMI, | ) | |
| | ) | |
| Plaintiff(s) | ) | |
| | ) | Civil Action No: 5:26-cv-05049-TLB |
| v. | ) | |
| | ) | |
| KRISTI NOEM, in her official capacity, | ) | |
| Secretary, U.S. Department of Homeland | ) | |
| Security, et. al., | ) | |
| | ) | |
| | ) | |
| Defendants/Respondent(s). | ) | |

### [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion for Preliminary Injunction, any opposition thereto, and the entire record herein, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**.

It is further ordered as follows:

1. Defendants are enjoined from applying the adjudicative hold described in USCIS Policy Memoranda PM-602-0192 and PM-602-0194 to Plaintiff's Form I-765, Application for Employment Authorization.

2. Defendants shall adjudicate Plaintiff's I-765 Application on or before April 1, 2026, or within fifteen (15) days from the date of this Order.

3. If the application is denied, Defendants shall provide Plaintiff with a written statement setting forth the specific reasons for the denial.

4. If the application is approved, Defendants shall produce the Employment

Authorization Document (EAD) to Plaintiff within five (5) business days of approval.

5.      No bond shall be required of Plaintiff under Federal Rule of Civil Procedure

65(c).


Dated:_____        _____

                                       **UNITED STATES DISTRICT JUDGE**

2